LAWYERS FOR JUSTICE

August 12, 2026

VIA ECF

The Honorable Lewis J. Liman
United States District Judge
United States District Court, Southern District of New York
500 Pearl St., Courtroom 15C
New York, New York 10007

Re: Chrystalia Ware v. New Hope Community, Inc., 1:26-cv-05267-LJL

Dear Judge Liman:

Plaintiff Chrystalia Ware ("Plaintiff") writes to respectfully request that Defendant New Hope Community's ("Defendant") deadline to respond to Plaintiff's Complaint, currently scheduled for August 31, 2026, be vacated for the purposes of allowing Plaintiff time to file a First Amended Complaint. Plaintiff requests that Plaintiff's deadline to file a First Amended Complaint be set for August 31, 2026, and Defendant's deadline to respond to Plaintiff's First Amended Complaint be set for September 30, 2026. This is Plaintiff's first request to vacate Defendant's deadline to respond to Plaintiff's Complaint. Defendant has made one prior request to extend their deadline to respond to Plaintiff's Complaint, which was granted on July 20, 2026. The Parties have met and conferred on this matter, and Defendant consents to this request.

In order to accommodate the above proposed modified pleading schedule, and pursuant to your Honor's Individual Practices, Plaintiff respectfully requests that the Initial Conference, currently scheduled for September 8, 2026 at 11:00 a.m. (ECF No. 9), be adjourned to October 27, 2026, October 28, 2026, or October 29, 2026, or to another date thereafter that is convenient to the Court. Furthermore, Plaintiff respectfully requests that the Parties' deadline to file a Proposed Case Management Plan and Scheduling Order, currently scheduled for September 1, 2026, be adjourned to one week prior to the date of the rescheduled Initial Conference. The Parties have met and conferred on this matter, and Defendant consents to all proposed conference dates and associated deadlines. This is the Parties' first request to adjourn the Initial Conference and associated deadlines.

The request is GRANTED. Plaintiff shall file an amended complaint by August 31, 2026. Defendant's deadline to respond to Plaintiff's amended complaint is set for September 30, 2026. The Initial Pretrial Conference is rescheduled to October 27, 2026 at 11:00 a.m. The parties shall submit a case management plan a week in advance of the conference. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.
Date: August 13, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

*/s/ Miri Trauner*

Miri Trauner, Esq.

cc: All Counsel of Record (via ECF)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge