USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CHRYSTALIA WARE, *individually and on behalf of others similarly situated*,

Plaintiff,

-v-

NEW HOPE COMMUNITY, INC.,

Defendant.

---------------------------------------------------------------------X

26-cv-5267 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter today, November 2, 2026. As stated during the conference, the parties are directed to file a letter no later than November 4, 2026, explaining why this case should not be transferred to the White Plains Courthouse pursuant to Rules 18 and 19 of the Rules for the Division of Business Among District Judges, Southern District of New York. The Court will take no further action at this time.

SO ORDERED.

Dated: November 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge